United States District Court
Southern District of Texas

**ENTERED**

May 17, 2021

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILKS BROTHERS, LLC AND ITS AFFILIATED FUNDS,** | § § § | |
| **Appellants,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:20-CV-4233** |
| **CALFRAC WELL SERVICES CORP.,** *et al.,* | § § § | |
| **Appellees.** | § § | |

**FINAL JUDGMENT**

Appellants Wilks Brothers, LLC and its affiliated funds brought this appeal from the U.S. Bankruptcy Court for the Southern District of Texas, Bankruptcy Case No. 20-33529. After considering the parties' written briefing, oral argument, and relevant law, the Court AFFIRMED the decision of the Bankruptcy Court.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Appellees Calfrac Well Services Corporation, *et al.*

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on May 14, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE